IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CHRISTOPHER HOLLY, ) | |
| Plaintiff, ) | Case No: |
| -vs- ) | |
| JANE DOE, Individually, et al., ) | |
| Defendants. ) | |



FILED
OCT 0 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### APPLICATION TO PROCEED IN FORMA PAUPERIS

NOW COMES the Plaintiff, CHRISTOPHER HOLLY, Pro-Se, and requests this Court grant his Application To Proceed In Forma Pauperis. In support of his Application, Plaintiff states as follows:

1. Currently I have 3 or more strikes in accordance with the PLRA, where the Court[s] have determined that I have filed a frivolous action or failed to state a claim.

2. Plaintiff's current complaint being filed has alleged he is %99.99 blind in his left eye, due to the failure of the Defendant's to schedule the removal of Hypermature Cataracts.

3. Plaintiff has alleged Dr. Davis, an contacted employee (optimologist) at Danville Correctional Center, diagnosised Plaintiff with said Hypermature Condition, referring Plaintiff for surgery.

4. Plaintiff has alleged Danville Officials have failed to schedule surgery to correct said Hypermature Cataracts. (2 years)

5. Plaintiff asserts he is seriously concerned that the continual failure of Danville Officials to schedule said eye surgery may result in permanent injury.[i.e. loss of vision].

6. Plaintiff asserts becuase said complaint alleges a serious continual injury, his Application to proceed In Forma Pauperis fall outside the scope of the PLRA's three strikes provision.

7. I am a poor persson under the indegency status and therefore unable to secure the necessary funds to properly file this action, to wit: Complaint.

8. Currently I am detained at Danville Correctional Center located at 3820 E. Mian St., Danville IL 61834.

9. My current state pay is $2.00 per month ($8.00 of the $10.00 I receive goes to pay 4 different filing fee's where In Forma Pauperis has been granted):

10. I do not possess any property of any kind, motor vehicles of any kind, nor any tangible item of any value in excess of $100.00.

11. I believe in good faith my Complaint is of valid merit, and therefore should be permitted top proceed without necessary cost and or payment to obtain such requested releif from said action filed.

12. I have attached a proper Inmate Trust Fund Balance Sheet reflecting my past 6 months, and a current balance of 55¢.

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 and 730 ILCS 5/109, I declare, uder penalty of perjury, that I am the Plaintiff in the above captioned matter, and that any and all information contained within said document is true and accurate to the best of my knowledge.

10/06/04
Date

Christopher Holly, CPL
Pro-Se Plainitff

Christopher Holly
R12805
3820 E. Main St.
Danville, IL 61834


Sworn and subscribed to
before me this ____ day of October, 2004.

_____
Notary

Page -2-

Date: 10/6/2004  2:04-cv-02220-HAB-DGB # 1  Filed 10/08/04  Page 3 of 11  Page 4
Time: 7:15am
d_list_inmate_trans_statement_composite

Danville Correctional Center
Inmate Trust Fund
View Transactions

**Inmate:** R12805  Holly, Christophe        **Housing Unit:** DAN-02-D -63

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 09/27/04 | Disbursements | 84 Library | 271339 | Chk #78144 | 840505374, D.O.C. : Library, Date: 09/24/2004 | Inv. | -1.20 | 3.73 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271339 | Chk #78145 | 810504980, D.O.C.: Postage, Date: 09/17/2004 | Inv. | -1.98 | 1.75 |
| 09/27/04 | Disbursements | 81 Legal Postage | 271339 | Chk #78145 | 810504973, D.O.C.: Postage, Date: 09/17/2004 | Inv. | -.37 | 1.38 |

|  |  |
|---|---|
| Total Inmate Funds: | 1.38 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .83 |
| Funds Available: | .55 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |



Date: 10/6/2004    2:04-cv-02220-HAB-DGB   #1   Filed: 10/08/04   Page 4 of 11    Page 1
Time: 7:15am
d_list_inmate_trans_statement_composite

Danville Correctional Center
Inmate Trust Fund
View Transactions

**Inmate:** R12805 Holly, Christophe     **Housing Unit:** DAN-02-D -63

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | **Beginning Balance:** | | 0.11 |
| 04/08/04 | Mail Room | 01 MO/Checks (Not Held) | 099220 | 43549450692 | Holly, Nancy | 50.00 | 50.11 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417802 - D.O.C. : Library | -1.95 | 48.16 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417330 - D.O.C. : Library | -4.50 | 43.66 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417332 - D.O.C. : Library | -2.90 | 40.76 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417743 - D.O.C. : Library | -1.05 | 39.71 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417329 - D.O.C. : Library | -.75 | 38.96 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417331 - D.O.C. : Library | -3.15 | 35.81 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417333 - D.O.C. : Library | -4.55 | 31.26 |
| 04/16/04 | Disbursements | 84 Library | 107302 | Chk #76674 | 840417744 - D.O.C. : Library | -5.40 | 25.86 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417836 - D.O.C.: Postage | -1.71 | 24.15 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417336 - D.O.C.: Postage | -.37 | 23.78 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417338 - D.O.C.: Postage | -1.11 | 22.67 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 610417692 - D.O.C.: Postage | -.37 | 22.30 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810416623 - D.O.C.: Postage | -5.86 | 16.44 |
| 04/16/04 | Disbursements | 80 Postage | 107302 | Chk #76675 | 800418869 - D.O.C.: Postage | -3.46 | 12.98 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417335 - D.O.C.: Postage | -4.61 | 8.37 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810412805 - D.O.C.: Postage | -1.89 | 6.48 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417928 - D.O.C.: Postage | -.37 | 6.11 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417538 - D.O.C.: Postage | -.37 | 5.74 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810417722 - D.O.C.: Postage | -3.95 | 1.79 |
| 04/16/04 | Disbursements | 81 Legal Postage | 107302 | Chk #76675 | 810418032 - D.O.C.: Postage | -1.66 | .13 |
| 04/23/04 | Mail Room | 01 MO/Checks (Not Held) | 114220 | 43569603121 | Holly, Nancy | 50.00 | 50.13 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420044 - D.O.C. : Library | -.65 | 49.48 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420046 - D.O.C. : Library | -2.80 | 46.68 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420054 - D.O.C. : Library | -.95 | 45.73 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420056 - D.O.C. : Library | -.60 | 45.13 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420058 - D.O.C. : Library | -1.00 | 44.13 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420060 - D.O.C. : Library | -1.90 | 42.23 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420062 - D.O.C. : Library | -1.20 | 41.03 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420045 - D.O.C. : Library | -.55 | 40.48 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420053 - D.O.C. : Library | -.40 | 40.08 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420055 - D.O.C. : Library | -.35 | 39.73 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420057 - D.O.C. : Library | -14.80 | 24.93 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420059 - D.O.C. : Library | -3.95 | 20.98 |
| 04/30/04 | Disbursements | 84 Library | 121302 | Chk #76830 | 840420061 - D.O.C. : Library | -1.35 | 19.63 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420048 - D.O.C.: Postage | -.97 | 18.66 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420050 - D.O.C.: Postage | -7.71 | 10.95 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420052 - D.O.C.: Postage | -2.03 | 8.92 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420098 - D.O.C.: Postage | -1.75 | 7.17 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420047 - D.O.C.: Postage | -.97 | 6.20 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420049 - D.O.C.: Postage | -.74 | 5.46 |
| 04/30/04 | Disbursements | 81 Legal Postage | 121302 | Chk #76831 | 810420051 - D.O.C.: Postage | -4.24 | 1.22 |
| 05/07/04 | Disbursements | 81 Legal Postage | 128302 | Chk #76897 | 810420217 - D.O.C.: Postage | -.83 | .39 |
| 05/14/04 | Payroll | 20 Payroll Adjustment | 135116 | | P/R month of 04/2004 | 9.18 | 9.57 |
| 05/24/04 | Disbursements | 84 Library | 145302 | Chk #77040 | 840420691 - D.O.C. : Library | -1.75 | 7.82 |
| 05/24/04 | Disbursements | 84 Library | 145302 | Chk #77040 | 840420063 - D.O.C. : Library | -1.35 | 6.47 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163313 | Chk #77183 | 810422922 - D.O.C.: Postage | -.37 | 6.10 |
| 06/11/04 | Disbursements | 81 Legal Postage | 163313 | Chk #77183 | 810422921 - D.O.C.: Postage | -2.54 | 3.56 |
| 06/11/04 | Disbursements | 90 Medical Co-Pay | 163313 | Chk #77193 | 900423095 - D.O.C. : Medical S | -2.00 | 1.56 |

Date: 10/6/2004
Time: 7:15am
d_list_inmate_trans_statement_composite

2:04-cv-02220-HAB-DGB   #1   Filed: 10/08/04   Page 5 of 11

Danville Correctional Center
Inmate Trust Fund
View Transactions

Page 2

**Inmate:** R12805 Holly, Christophe  **Housing Unit:** DAN-02-D -63

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/18/04 | Payroll | 20 Payroll Adjustment | 170116 | | P/R month of 05/2004 | 10.00 | 11.56 |
| 06/24/04 | Mail Room | 01 MO/Checks (Not Held) | 176220 | 06694011540 | Holly, Nancy | 50.00 | 61.56 |
| 06/25/04 | Disbursements | 84 Library | 177313 | Chk #77296 | 840420689 - D.O.C. : Library | -16.95 | 44.61 |
| 07/07/04 | Mail Room | 01 MO/Checks (Not Held) | 189220 | 43569610678 | Holly, Nancy | 50.00 | 94.61 |
| 07/09/04 | Disbursements | 84 Library | 191313 | Chk #77378 | 840422920 - D.O.C. : Library | -73.85 | 20.76 |
| 07/13/04 | Point of Sale | 60 Commissary | 195718 | 432058 | Commissary | -4.85 | 15.91 |
| 07/13/04 | Point of Sale | 60 Commissary | 195718 | 432059 | Commissary | -.40 | 15.51 |
| 07/15/04 | Mail Room | 01 MO/Checks (Not Held) | 197220 | 88900544194 | Holly, Nancy | 50.00 | 65.51 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501175 - D.O.C. : Library | -2.40 | 63.11 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501177 - D.O.C. : Library | -.80 | 62.31 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501179 - D.O.C. : Library | -.85 | 61.46 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501173 - D.O.C. : Library | -.30 | 61.16 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501174 - D.O.C. : Library | -2.35 | 58.81 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501176 - D.O.C. : Library | -6.20 | 52.61 |
| 07/16/04 | Disbursements | 84 Library | 198339 | Chk #77483 | 840501178 - D.O.C. : Library | -.15 | 52.46 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501163 - D.O.C.: Postage | -.37 | 52.09 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501165 - D.O.C.: Postage | -.37 | 51.72 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501167 - D.O.C.: Postage | -7.05 | 44.67 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501168 - D.O.C.: Postage | -2.21 | 42.46 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501170 - D.O.C.: Postage | -.83 | 41.63 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501172 - D.O.C.: Postage | -12.65 | 28.98 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501162 - D.O.C.: Postage | -2.76 | 26.22 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501164 - D.O.C.: Postage | -3.18 | 23.04 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501166 - D.O.C.: Postage | -1.48 | 21.56 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501169 - D.O.C.: Postage | -1.06 | 20.50 |
| 07/16/04 | Disbursements | 81 Legal Postage | 198339 | Chk #77484 | 810501171 - D.O.C.: Postage | -.37 | 20.13 |
| 07/19/04 | Payroll | 20 Payroll Adjustment | 201141 | | P/R month of 06/2004 | 1.48 | 21.61 |
| 07/23/04 | Disbursements | 84 Library | 205302 | Chk #77559 | 840501328 - D.O.C. : Library | -.75 | 20.86 |
| 07/23/04 | Disbursements | 84 Library | 205302 | Chk #77559 | 840501348 - D.O.C. : Library | -4.00 | 16.86 |
| 07/23/04 | Disbursements | 84 Library | 205302 | Chk #77559 | 840501329 - D.O.C. : Library | -2.90 | 13.96 |
| 07/23/04 | Disbursements | 81 Legal Postage | 205302 | Chk #77560 | 810501356 - D.O.C.: Postage | -.74 | 13.22 |
| 07/23/04 | Disbursements | 81 Legal Postage | 205302 | Chk #77560 | 810501359 - D.O.C.: Postage | -.37 | 12.85 |
| 07/23/04 | Disbursements | 81 Legal Postage | 205302 | Chk #77560 | 810501347 - D.O.C.: Postage | -4.47 | 8.38 |
| 08/11/04 | Mail Room | 01 MO/Checks (Not Held) | 224220 | 88900545833 | Holly, Nancy | 50.00 | 58.38 |
| 08/13/04 | Disbursements | 84 Library | 226302 | Chk #77738 | 840502862 - D.O.C. : Library | -6.25 | 52.13 |
| 08/13/04 | Disbursements | 84 Library | 226302 | Chk #77738 | 840502864 - D.O.C. : Library | -1.00 | 51.13 |
| 08/13/04 | Disbursements | 84 Library | 226302 | Chk #77738 | 840502863 - D.O.C. : Library | -.80 | 50.33 |
| 08/13/04 | Disbursements | 84 Library | 226302 | Chk #77738 | 840501327 - D.O.C. : Library | -34.40 | 15.93 |
| 08/13/04 | Payroll | 20 Payroll Adjustment | 226141 | | P/R month of 07/2004 | 9.86 | 25.79 |
| 08/25/04 | Mail Room | 01 MO/Checks (Not Held) | 238220 | 06408513360 | Holly, Nancy | 50.00 | 75.79 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503702 - D.O.C. : Library | -1.40 | 74.39 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503704 - D.O.C. : Library | -.40 | 73.99 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503706 - D.O.C. : Library | -1.90 | 72.09 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503715 - D.O.C. : Library | -.75 | 71.34 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840502861 - D.O.C. : Library | -44.60 | 26.74 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503703 - D.O.C. : Library | -1.55 | 25.19 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503705 - D.O.C. : Library | -1.25 | 23.94 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503714 - D.O.C. : Library | -1.35 | 22.59 |
| 08/27/04 | Disbursements | 84 Library | 240302 | Chk #77902 | 840503716 - D.O.C. : Library | -.70 | 21.89 |

Inmate: R12805 Holly, Christophe        Housing Unit: DAN-02-D -63

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/27/04 | Disbursements | 81 Legal Postage | 240302 | Chk #77903 | 810503708 - D.O.C.: Postage | -1.66 | 20.23 |
| 08/27/04 | Disbursements | 81 Legal Postage | 240302 | Chk #77903 | 810503710 - D.O.C.: Postage | -4.34 | 15.89 |
| 08/27/04 | Disbursements | 81 Legal Postage | 240302 | Chk #77903 | 810503712 - D.O.C.: Postage | -.37 | 15.52 |
| 08/27/04 | Disbursements | 81 Legal Postage | 240302 | Chk #77903 | 810503701 - D.O.C.: Postage | -5.06 | 10.46 |
| 08/27/04 | Disbursements | 81 Legal Postage | 240302 | Chk #77903 | 810503709 - D.O.C.: Postage | -1.29 | 9.17 |
| 08/27/04 | Disbursements | 81 Legal Postage | 240302 | Chk #77903 | 810503711 - D.O.C.: Postage | -3.32 | 5.85 |
| 08/27/04 | Disbursements | 90 Medical Co-Pay | 240302 | Chk #77913 | 900503707 - D.O.C. : Medical S | -2.00 | 3.85 |
| 09/08/04 | Point of Sale | 60 Commissary | 252765 | 439895 | Commissary | -3.76 | .09 |
| 09/08/04 | Mail Room | 01 MO/Checks (Not Held) | 252220 | 88900549012 | Holly, Nancy | 30.00 | 30.09 |
| 09/10/04 | Disbursements | 84 Library | 254302 | Chk #77987 | 840504472 - D.O.C. : Library | -.80 | 29.29 |
| 09/10/04 | Disbursements | 84 Library | 254302 | Chk #77987 | 840504475 - D.O.C. : Library | -4.35 | 24.94 |
| 09/10/04 | Disbursements | 84 Library | 254302 | Chk #77987 | 840504474 - D.O.C. : Library | -.25 | 24.69 |
| 09/10/04 | Disbursements | 84 Library | 254302 | Chk #77987 | 840504476 - D.O.C. : Library | -.75 | 23.94 |
| 09/10/04 | Mail Room | 10 Western Union - Not Held | 2542112 | 4013462966 | Samec, William | 150.00 | 173.94 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504595 - D.O.C.: Postage | -2.21 | 171.73 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504597 - D.O.C.: Postage | -3.41 | 168.32 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504599 - D.O.C.: Postage | -5.24 | 163.08 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504601 - D.O.C.: Postage | -3.64 | 159.44 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504466 - D.O.C.: Postage | -5.37 | 154.07 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504468 - D.O.C.: Postage | -.37 | 153.70 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504470 - D.O.C.: Postage | -4.81 | 148.89 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504594 - D.O.C.: Postage | -2.81 | 146.08 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504596 - D.O.C.: Postage | -2.03 | 144.05 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504598 - D.O.C.: Postage | -.37 | 143.68 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504600 - D.O.C.: Postage | -6.30 | 137.38 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504602 - D.O.C.: Postage | -.83 | 136.55 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504465 - D.O.C.: Postage | -.37 | 136.18 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504467 - D.O.C.: Postage | -5.25 | 130.93 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504469 - D.O.C.: Postage | -1.52 | 129.41 |
| 09/13/04 | Disbursements | 81 Legal Postage | 257339 | Chk #77994 | 810504471 - D.O.C.: Postage | -4.10 | 125.31 |
| 09/14/04 | Point of Sale | 60 Commissary | 258724 | 440796 | Commissary | -78.98 | 46.33 |
| 09/17/04 | Payroll | 20 Payroll Adjustment | 2611110 | | P/R month of 08/2004 | 2.00 | 48.33 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504587, D.O.C. : Library, Inv. Date: 09/10/2004 | -.90 | 47.43 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504589, D.O.C. : Library, Inv. Date: 09/10/2004 | -2.40 | 45.03 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504591, D.O.C. : Library, Inv. Date: 09/10/2004 | -3.95 | 41.08 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504593, D.O.C. : Library, Inv. Date: 09/10/2004 | -.55 | 40.53 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504586, D.O.C. : Library, Inv. Date: 09/10/2004 | -.35 | 40.18 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504588, D.O.C. : Library, Inv. Date: 09/10/2004 | -1.35 | 38.83 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504590, D.O.C. : Library, Inv. Date: 09/10/2004 | -10.00 | 28.83 |
| 09/17/04 | Disbursements | 84 Library | 261339 | Chk #78048 | 840504592, D.O.C. : Library, Inv. Date: 09/10/2004 | -6.30 | 22.53 |
| 09/21/04 | Mail Room | 01 MO/Checks (Not Held) | 265269 | 88900550035 | Holly, Nancy | 30.00 | 52.53 |
| 09/21/04 | Point of Sale | 60 Commissary | 265724 | 441695 | Commissary | -45.20 | 7.33 |
| 09/27/04 | Disbursements | 84 Library | 271339 | Chk #78144 | 840504958, D.O.C. : Library, Inv. Date: 09/17/2004 | -.05 | 7.28 |
| 09/27/04 | Disbursements | 84 Library | 271339 | Chk #78144 | 840504959, D.O.C. : Library, Inv. Date: 09/17/2004 | -2.35 | 4.93 |

IN THE UNITED STATES DISTRICT COURT
CENTRAL DIVISION OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CHRISTOPHER HOLLY, ) | |
| ) | |
| Plaintiff, ) | Case No: |
| ) | |
| -vs- ) | |
| ) | |
| JANE DOE, Individually; ) | |
| WEXFORD HEALTH SERVICES, Inc., ) | |
| Officially as a Corporation, ) | |
| ) | |
| Plaintiffs. ) | |

## COMPLAINT

NOW COMES the Plaintiff, CHRISTOPHER HOLLY, Pro-Se, and for his Complaint against the Defendant Jane Doe and Wexford Health Services, Inc, and alleges as follows:

### JURISDICTION AND VENUE

1. This is an action for damages and equitable relief to redress the deprivation of rights secured to Plaintiff by virtue of the 8th Amendment.

2. Jurisdictin of this Court is invoked pursuant to 28 U.S.C. §1331.

3. Venue is proper by virtue of such rules/statutes governing such cause of action presented for review by this Court pursuant to 28 U.S.C. §1391(b).

### PARTIES

4. Plaintiff Christopher Holly was at all times relevant hereto an inmate of Danville Correctional Center, where he is currently incarerated, that being 3820 E. Main St., Danville IL 61834.

5. Defendant Jane Doe was at all time relevant hereto an employee of Wexford Health Services, assigned to Danville Correctional Center, and responsible for ensuring all referals for surgery are properly forwarded to Wexford Health Services for review.

6.  Defendant Wexford Health Services, Inc., was at all times relevant hereto a Corporation contracted with the Illinois Depatment Of Corrections to provide health care for inmates at Danville Correctional Center.

## PREVIOUS LAWSUITS

7.  Plaintiff has filed the following actions within the past 2 years:

| | | |
|---|---|---|
| FEDERAL COURT: | Holly v. Velasco<br>Case #02 C 4593 | Settled |
| | Holly v. Collins<br>Case #03 C 2562 | Dismissed |
| | Holly v. Leibach<br>Case # 03-2109 | Pending |
| | Holly v. Filishio<br>Case #03 C 5048 | Dismissed |
| | Holly v. Velasco<br>Case #03 C 619 | Pending |
| | Holly v. Woolfolk<br>Case #03 C 2563 | Pending |
| | Holly v. Anton<br>Case #03 C 682 | Pending |
| COURT OF CLAIMS: | Holly v. State IL<br>Case #04CC0049 | Dismissed |
| | Holly v. State IL<br>Case #04CC0079 | Dismissed |
| | Holly v. State IL<br>Case #04CC1995 | Pending |
| CIRCUIT COURT: | Holly v. Austin<br>Case #03SC1301 | Pending |
| | Holly v. Chicago<br>Case #04M118988 | Pending |
| | Holly v. Losano<br>Case #04L004335 | Pending |
| | Holly v. Anton<br>Case #04M118932 | Pending |

## EXHAUSTION OF REMEDIES

8.  Plaintiff not being scheduled for eye surgery filed a grievance requesting when said surgery would be scheduled.
9.  Danville Officials failed to respond to said grievance.

10. Plaintiff not receiving any response filed a second grievance asking why said first grievance had not been responded to, and again inquried about said eye surgery not being scheduled.

11. Plaintiff alleges Danville Officials failed to again to respond to said grievance.

## FACTS

12. 10/06/02 Plaintiff was diagnosised with Hypermature Cataracts by Dr. Davis (Optometrist at Danville Correctional Center).

13. Dr. Davis referred Plaintiff for eye surgery (left eye).

14. Plaintiff alleges "Jane Doe" failed to forward said surgical request to Wexford Health Services, Inc.; for review/approval of said surgery.

15. Plaintiff alleges he is currently 99.99% blind in his left eye, due to said Hyperature Cataracts.

16. Plaintiff fears the longer said Hypermature Cataracts remains on his left eye the chance of permanent or partial non-repairable injury icreases daily.

## COUNT I - FAILURE TO PROVIDE ADEQUATE MEDICAL CARE

17. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1-16 as though fully restated herein.

18. Defendant's "Jane Doe" and Wexford Health Services were deliberate indifferent to Plaintiff's medical needs by failing to forward/approve/schedule requested surgical removal of Hypermature Cataracts on Plaintiff's left eye.

19. As a direct result of the aforementioned Defendant's deliberate indifference to his medical needs, Plaintiff suffers continual blindness in his left eye, and has suffered cosmetic disfigurement directly resulting from said Hypermature Cataracts.

20. As a direct result of the aforementioned Defendant's deliberate indifference to his medical needs, Plaintiff is at risk for partial/permanent injury to said left eye due to the failure of removal of said Hypermature Cataracts.

### RELIEF

WHEREFORE, Plaintiff requests that this COrt enter a judgment:

21. Finding the acts and practices of the Defendant's complained herein constitutes deliberate indiffernce to his medical needs.

22. Finding the acts and practices of the Defendant's complained herein constitutes cruel and unusual punishment as so defined within and throughout the 8th Amendment, thereby depriving Plaintiff of such constituional right.

23. Awarding Plaintiff monetary damages.

24. Awarding Plaintiff compensatory damages.

25. Awarding Plaintiff punitive damages.

26. Awarding Plaintiff his reasonable costs and legal fee's in this action; and

27. Granting Plaintiff such other and further relief this Court deems necessary and proper.

Respectfully submitted,

*Christopher Holly*
Christopher Holly, CPL
Pro-Se Plainitff

Christoher Holly
R12805
3820 E. Main St.
Danville, IL 61834

Page -4-

## CERTIFICATE OF SERVICE

I, Christopher Holly, a Certified Paralegal, certify that on October 6, 2004, I caused a copy of the foregoing Complaint to be served upon the Clerk of the Court, and by the means indicated, thereby invoking the Mailbox Rule.

**VIA FIRST CLASS**

Deposited within the Danville Correctional Center U.S. Postal system located at Danville Correctional Center, 3820 E. Main St., Danville, IL 61834.

*Christopher Holly*
Christopher Holly, CPL
Pro-Se Plaintiff